618

393 A.2d 1287

Frand v. S. Binstock Jewelers, Inc., et al., Appellants.

Argued April 10, 1978.   Stephen J. Laidhold, for appellants;   Richard J. Catalano, for appellee.

Order affirmed.

393 A.2d 1287

Gist et vir. v. Magic Chef, Inc., Appellant, et al.

Argued April 11, 1978.   William R. Tighe, with him George M. Evan, for appellant;   E. McFurland, with him William R. Caroselli, for appellees.

Order affirmed.

HESTER, J., did not participate in the consideration or decision of this case.